IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR McCOY**                                                                  **PLAINTIFF**

**VS.**                                        **4:21-CV-00844-BRW**

**CYMBER TADLOCK,** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 27th day of September, 2021.

                                          Billy Roy Wilson
                                          UNITED STATES DISTRICT JUDGE